UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1774
_____

RICHARD J. SILVERBERG,
Appellant

v.

DUPONT DE NEMOURS INC; DOW INC; CORTEVA INC; INTERNATIONAL
FLAVORS & FRAGRANCES; AVANTOR INC; LIBERTY MUTUAL GROUP INC;
VANGUARD GROUP INC; WILLIAM PENN FOUNDATION; CITY OF
PHILADELPHIA; BALLARD SPAHR LLP; GELLERT SCALI BUSENKELL &
BROWN LLC; EDWARD BREEN; ANDREW LIVERIS; RAJIV GUPTA;
ANDREAS FIBIG; DAVID H. LONG; TIMOTHY BUCKLEY; JANET HAAS, MD;
JAMES KENNEY; MARCEL S. PRATT, ESQUIRE; DIANA CORTES; MARISSA
O'CONNELL, ESQUIRE; BRIAN R. CULLIN, ESQUIRE; GARY F. SEITZ,
ESQUIRE; JOHN DOE NOS. 1-15
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:23-cv-01868)
District Judge: Honorable R. Barclay Surrick
_____

No. 24-1775
_____

RICHARD J. SILVERBERG,
Appellant

v.

DUPONT DE NEMOURS INC; DOW INC; CORTEVA INC; INTERNATIONAL
FLAVORS & FRAGRANCES; AVANTOR INC; LIBERTY MUTUAL GROUP INC;
VANGUARD GROUP INC; WILLIAM PENN FOUNDATION; CITY OF
PHILADELPHIA; BALLARD SPAHR LLP; GELLERT SCALI BUSENKELL &

BROWN LLC; OFFICE DISCIPLINARY COUNSEL EDWARD BREEN; ANDREW LIVERIS; RAJIV GUPTA; ANDREAS FIBIG; DAVID H. LONG; TIMOTHY BUCKLEY; JANET HAAS, MD; JAMES KENNEY; MARCEL S. PRATT, ESQUIRE; DIANA CORTES; MARISSA O'CONNELL, ESQUIRE; BRIAN R. CULLIN, ESQUIRE; GARY F. SEITZ, ESQUIRE; THOMAS J. FARRELL, ESQ., ESQUIRE; RICHARD HERNANDEZ, ESQUIRE; JOSHUA ROBERTS; DANIEL ANDERS; JOHN DOE NOS. 1-5

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:24-cv-00924)
District Judge: Honorable R. Barclay Surrick

_____

Before: MATEY, FREEMAN, and ROTH, *Circuit Judges*

_____

JUDGMENT ORDER

_____

Having considered the parties' arguments about whether these appeals have been rendered moot, it is hereby ORDERED that these appeals are DISMISSED as moot.[1] Costs shall not be taxed.

By the Court,


s/Arianna J. Freeman
Circuit Judge

---

[1] Appellant's Amended Motions for Summary Action, Sanctions, and Attorney Discipline are denied. All other motions in these appeals are denied as moot.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated: May 20, 2025
cc: All Counsel of Record